AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Hermes Hialeah Warehouse, LLC <br><br> *Plaintiff(s)* <br> v. <br> GFE NY, LLC, Boris Musheyev, Viacheslav Eliyayev, Jan Wimpfheimer, Danny Fulda and John Does 1-20 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:22-cv-215-TSL-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Boris Musheyev
11702 Park Ln S
Richmond Hill, NY 11418

or

Wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John M. Lassiter, Esq.
Burr & Forman LLP
190 E. Capitol Street, Suite M-100
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3-7-23

ARTHUR JOHNSTON
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Hermes Hialeah Warehouse, LLC<br><br>*Plaintiff(s)*<br>v.<br>GFE NY, LLC, Boris Musheyev, Viacheslav Eliyayev, Jan Wimpfheimer, Danny Fulda and John Does 1-20<br><br>*Defendant(s)* | Civil Action No. 3:22-cv-215-TSL-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jan Wimpfheimer
2756 Arlington Avenue
Bronx, NY 10463

or

Wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John M. Lassiter, Esq.
Burr & Forman LLP
190 E. Capitol Street, Suite M-100
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3-7-23

ARTHUR JOHNSTON
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Hermes Hialeah Warehouse, LLC<br><br>*Plaintiff(s)*<br>v.<br>GFE NY, LLC, Boris Musheyev, Viacheslav Eliyayev,<br>Jan Wimpfheimer, Danny Fulda<br>and John Does 1-20<br><br>*Defendant(s)* | Civil Action No. 3:22-cv-215-TSL-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Viacheslav Eliyayev
21019 Richland Ave
Oakland Gardens, NY 11364

or

Wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John M. Lassiter, Esq.
Burr & Forman LLP
190 E. Capitol Street, Suite M-100
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 3-7-23

*Signature of Clerk or Deputy Clerk*