# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **HERMES HIALEAH WAREHOUSE, LLC** )<br>)<br>**Plaintiff/Counter-Defendant,** )<br>)<br>v. )<br>)<br>**GFE NY, LLC, et. al.** )<br>)<br>) | **Civil Action No.:**<br><br>**3:22-cv-00215-TSL-MTP** |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff/Counter-Defendant, Hermes Hialeah Warehouse, LLC and Defendant/Counter-Plaintiff GFE NY, LLC have announced to the Court that they have reached a settlement of all claims in this matter. As part of the settlement, Hermes also has agreed to involuntary dismiss the claims raised against Defendants Boris Musheyev, Viacheslav Eliyayev, Jan Wimpfheimer and Danny Fulda without prejudice. The Court, being advised of same, hereby dismisses the case without prejudice and the Court will retain jurisdiction over the Parties' settlement agreement.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this matter is hereby discharged and dismissed without prejudice with each party separately bearing their respective costs for this action. The Court will retain jurisdiction over the parties' settlement agreement.

**SO ORDERED AND ADJUDGED** this 12th day of May, 2023.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

50827679 v1

**SUBMITTED AND APPROVED BY:**

*/s/ John M. Lassiter*
John M. Lassiter MSB #102235
Joshua W. Stover MSB #105472
Attorneys for PLAINTIFF HERMES HIALEAH WAREHOUSE, LLC


*/s/ Alan L. Smith*
Alan L. Smith MSB #10345
Attorney for DEFENDANT GFE, NY, LLC